PREUHS and wife, Respondents, vs. COATES and wife, Appellants.

For the appellants: *Farr & MacLeod* of Eau Claire.

For the respondents: *Roy P. Wilcox* of Eau Claire and *Carl E. Peterson* and *Ira O. Slocumb* of Menomonie.

*By the Court.*—Judgment affirmed.

BELL OIL & GAS COMPANY, Respondent, vs. STERLING OIL COMPANY, Appellant.

For the appellant: *Quarles, Spence & Quarles,* attorneys, and *Arthur Wickham,* of counsel, all of Milwaukee.

For the respondent: *Alexander, Burke & Clark* of Milwaukee.

*By the Court.*—Judgment affirmed.

KRAKE, Respondent, vs. COUNTY OF FOND DU LAC, Appellant.

For the appellant: *L. E. Gooding,* district attorney, for Fond du Lac County.

For the respondent: *John P. McGalloway* of Fond du Lac.

*By the Court.*—Judgment affirmed.